GEORGE G. SEGEL, Respondent, v. THERESA KRAFT, Appellant, Impleaded with Others, Defendants.    (Action No. 3.)— Order affirmed, with costs, with leave to defendant, appellant, to plead over within ten days upon payment of costs to date.   No opinion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

GEORGE G. SEGAL, Respondent, v. FANNIE SIEGEL, as Executrix, etc., of HARRIS SIEGEL, Deceased, Appellant, Impleaded with OSCAR ENGLANDER, Defendant.   (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to plead over within ten days upon payment of costs to date.   No opinion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

JOSEPH A. SHEPHERD, as Administrator, etc., of THERESE A. WINKLER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Reversible errors in admission of the examination of plaintiff's intestate before the Comptroller, and in admission of declarations and actions of the policeman after the casualty, require the grant of a new trial.   Other errors were committed, which it is not necessary to specify.   Judgment and order reversed and new trial granted, costs to abide the final award of costs.   Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

JENNIE CARNEY, Respondent, v. CITY OF YONKERS, Appellant, and THOMAS O'BRIEN, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of recovery against the appellant to the sum of $3,000, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs.   No opinion.   Jenks, P. J., Rich Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of JOSEPH STAWSKI, Deceased.   CATHERINE STAWSKI, Appellant; STELLA HAURUS and Others, Respondents.— Decree of the Surrogate's Court of Suffolk county affirmed, with a separate bill of costs to the appellant, to the respondent and to the guardian ad litem, to be paid from the estate. No opinion.   Rich, Putnam, Blackmar and Kelly, JJ., concur; Jaycox, J., dissents.

ELEANOR KOHLER, Respondent, v. THE MITCHELL H. MARK REALTY CORPORATION, Appellant.— Owing to the conflict regarding plaintiff's physical injuries, both as to their cause and probable duration, and the inadvertent disclosure that defendant's liability was protected by insurance, we reduce the recovery.   The judgment and order are, therefore, reversed and a new trial granted, with costs to abide the event, unless within twenty days plaintiff stipulate to reduce her recovery to the sum of $2,000, in which event the judgment, as so modified, and the order are affirmed, without costs of this appeal to either party.   Rich, Putnam, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

NORA McMAHON, Respondent, v. IDA MAY, Appellant.— Order reversed, without costs, and motion granted, on condition that defendant pay plaintiff ten dollars costs forthwith.    (See McMahon v. May [post, p. 920], decided herewith.)   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.